■ Susan Goch, Respondent, v Waste Management of New York, Inc., et al., Appellants, et al., Defendant. [630 NYS2d 954] —Appeal from an order of the Supreme Court (Best, J.), entered March 16, 1994 in Montgomery County, which denied a motion by defendants Waste Management of New York, Inc., Waste Management of Northeast New York, Inc. and William H. Sheldon, Jr. for summary judgment dismissing the complaint against them.

Order affirmed, upon the opinion of Justice Robert P. Best.

Cardona, P. J., Mercure, White, Peters and Spain, JJ., concur. Ordered that the order is affirmed, with costs.